UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYONDRA D. GLASPY,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                Defendant. | CASE NO. C17-0013JLR<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

Before the court are Plaintiff Dyondra D. Glaspy's objections (Obj. (Dkt. # 21)) to Magistrate Judge Mary Alice Theiler's Report and Recommendation (R&R (Dkt. # 20)). The court has examined Ms. Glaspy's objections and concludes that they lack merit. Ms. Glaspy's objections essentially reiterate her arguments from previous filings, and Magistrate Judge Theiler thoroughly addressed Ms. Glaspy's arguments in her Report and Recommendation. (*See generally id.*) Further, the court has independently reviewed

//

ORDER - 1

1 | Ms. Glaspy's objections and rejects them for the same reasons that Magistrate Judge
2 | Theiler rejected them.
3 | Accordingly, the court OVERRULES Ms. Glaspy's objections (Dkt. # 21) and
4 | ADOPTS the Report and Recommendation (Dkt. # 20). This matter is DISMISSED with
5 | prejudice. The court DIRECTS the clerk to send copies of this order to all counsel and
6 | Magistrate Judge Theiler.
7 | Dated this 36th day of September, 2017.

JAMES L. ROBART
United States District Judge